# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BANK OF AMERICA, N.A.,**

    **Plaintiff,**

**v.**                         **Case No: 6:11-cv-734-Orl-22GJK**

**ROBERT G. DELLO RUSSO,
STEPHEN ROMINGER**

    **Defendant.**

## ORDER

This cause comes before the Court upon consideration of the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 148) regarding Plaintiff Bank of America, N.A.'s Amended Motion for Attorneys' Fees and Costs against Defendant Stephen Rominger (Doc. No. 113). There are no timely objections to the R&R.

Based on the foregoing, it is ordered as follows:

1. Magistrate Judge Kelly's Report and Recommendation (Doc. No. 148), entered September 12, 2013, is **ADOPTED and CONFIRMED** and made a part of this Order.

2. Plaintiff Bank of America, N.A.'s Amended Motion for Attorneys' Fees and Costs against Defendant Stephen Rominger (Doc. No. 113), filed April 2, 2013, is **GRANTED in part**. Plaintiff is awarded $25,685.00 in attorneys' fees and costs.

3. The Clerk is directed to enter a separate judgment in favor of Plaintiff and against Defendant Stephen Rominger in the amount of $25,685.00.

- 2 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 1, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties